WALTER R. PEDRICK AS ADMINISTRATOR OF THE ESTATE OF
RHETT P. PRIEST, DECEASED, *Plaintiff in Error*, v.
SUMTER L. LOWRY, *Defendant in Error.*

Division B.

Decision Filed December 11th, 1925.

A Writ of Error to the Circuit Court for Lee County;
George W. Whitehurst, Judge.

*R. A. Henderson, Jr.*, and *Fred H. Mellor*, for Plaintiff
in Error;

*Leitner & Leitner*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, .and briefs and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the Court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.